

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| DONNA BRYANT,<br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, *Acting Commissioner of the Social Security Administration*,<br>　　　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 4:20-03058-MGL<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES**

This is a Social Security appeal. Pending before the Court is Plaintiff Donna Bryant's motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $4,782.79 and expenses in the amount of $21.15. Defendant Kilolo Kijakazi filed a response indicating she is unopposed to payment of attorney fees and expenses in the amount requested.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED.**

Signed this 19th day of April 2022 in Columbia, South Carolina.

　　　　　　　　　　　　　　　　　　　　s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE